J O

CAUSE NO. 10-422-A

| | | | |
|---|---|---|---|
| MICHAEL MIDDLETON | § | IN THE 216TH DISTRICT COURT | |
| | § | | |
| V. | § | OF | |
| | § | | |
| TEMPLTON MORTGAGE CORPORATION | § | | |
| JERRY W. CORBIN, TRUSTEE, B.D. ADKINS, | § | | |
| TRUSTEE, PATTY CORBIN, TRUSTEE, AND | § | | |
| ENOS HAMPTON, INDEPENDENT EXECUTOR | § | | |
| OF THE ESTATE OF BETTY G. ROBINSON | § | KENDALL COUNTY, TEXAS | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/29/2015 6:05:06 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT TEMPLETON MORTGAGE CORPORATION, ("TEMPLETON") in the above styled action and files this NOTICE OF APPEAL and would aver as follows:

### INTRODUCTION

1. Intervenor, Gary M. Poenisch ("POENISCH") filed claims against TEMPLETON in the above-entitled and numbered cause.

2. TEMPLETON'S response was struck based on this Court's Order dated August 18, 2014.

### BACKGROUND

3. The Court signed a default judgment for INTERVENOR on October 15, 2014. In the same cause the Court also signed a Default Judgment for Plaintiff, Michael Middleton ("MIDDLETON").

4. TEMPLETON filed a Motion for a New Trial in both causes on November 13, 2014.

### REQUEST

5. DEFENDANTS desire to appeal the adverse Order and the Judgment in this cause.

6. This appeal is to be taken up to the Fourth Court of Appeals in San Antonio, Texas.

CONCLUSION

WHEREFORE, premises considered DEFENDANTS pray the District Clerk of Kendall County file this Notice of Appeal and DEFENDANTS be granted all relief to which they are entitled, both at law and in equity.



Respectfully submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Avenue
Lubbock, Texas 79424
(806) 783-8322 (Telephone)
(806) 783-8357 (Telecopier)
kctlaw@yahoo.com
SBN: 24013631

Keith C. Thompson
Attorney for Templeton

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2015, a true and correct copy of the foregoing document was forwarded via fax to:

Steven B. Treu
210-735-6889

Albert D. "Pat" Pattillo, III
830-896-8489

Jerry W. Corbin
806-748-6765

Kenneth E. Grubbs
210-599-4587

Keith C. Thompson